1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JOHN E. SCANLON
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) 2:21-po-00451-CKD
                                )
12             Plaintiff,       ) GOVERNMENT'S MOTION TO DISMISS AND
                                ) VACATE INITIAL APPEARANCE
13      v.                      )
                                )
14 MICHAEL T. BOUCHARD,         ) DATE:  November 18, 2021
                                ) TIME:  9:30 a.m.
15             Defendant.       ) JUDGE: Hon. Carolyn K. Delaney
                                )
16                              )
                                )
17 ─────────────────────────────

18      Pursuant to Rule 48(a) of the Federal Rules of Criminal

19 Procedure, plaintiff United States of America, by and through its

20 undersigned attorney, hereby moves this Honorable Court for an Order

21 dismissing both violation notices in Case Number 2:21-po-00451-CKD.

22      Further, the United States requests that the initial appearance

23 currently scheduled on November 18, 2021, at 9:30 a.m. be vacated.

24

25 DATED: November 17, 2021      PHILLIP A. TALBERT
                                 Acting United States Attorney
26

27
                              By:  */s/ John E. Scanlon*
28                                 JOHN E. SCANLON
                                   Special Assistant U.S. Attorney