UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-po-00451-CKD |
| Plaintiff, | ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. | |
| MICHAEL T. BOUCHARD, | DATE: November 18, 2021 |
| Defendant. | TIME: 9:30 a.m. |
| | JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss both violation notices in Case Number 2:21-po-00451-CKD is GRANTED.

It is further ordered that the initial appearance scheduled on November 18, 2021, is vacated.

IT IS SO ORDERED.

Dated: November 17, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE